# United States District Court
## Southern District of Texas
### Holding Session in Corpus Christi

United States of America

v.

**FILIBERTO ENRIQUE BARRIENTOS, JR.**

CASE NUMBER: **2:99CR00305-001**
USM NUMBER: 89088-079

Date of Previous Judgment: 05/11/2000
(Use Date of Last Amended Judgment if Applicable)

Jose Gonzalez-Falla, AFPD
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 135 months **is reduced to** time served.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 33
Criminal History Category: I
Previous Guideline Range: 135 to 168 months

Amended Offense Level: 31
Criminal History Category: I
Amended Guideline Range: 108 to 135 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

☐ See Additional Comments Continued Sheet

Except as provided above, all provisions of the judgment dated May 11, 2000 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 4, 2008

*Janis Graham Jack*
Signature of Judge

**JANIS GRAHAM JACK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

Effective Date: _____
(if different from order date)

MJ | CAV/rm